UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------x
INNOVATIVE COSMETIC CONCEPTS, LLC,　　　Case No. 2:22-cv-01921-KM-CLW

　　　　　　　　Plaintiff,

　- against -　　　　　　　　　　　　　　　[PROPOSED]
　　　　　　　　　　　　　　　　　　　　　DEFAULT JUDGMENT
SMFB LABS, LLC,

　　　　　　　　Defendant.
-------------------------------------------------------------------x

The Complaint of Plaintiff Innovative Cosmetic Concepts, LLC ("ICC" or "Plaintiff") having been served on Defendant SMFB Labs, LLC ("SMFB") on or about April 7, 2022, and SMFB having failed to plead or otherwise defend the claims in this action, and said default having been entered on July 13, 2022, and this matter having been opened to the Court upon Application for Entry of Default Judgment filed by Sichenzia Ross Ference LLP, on behalf of Innovative Cosmetic Concepts, LLC, the Court having considered the Application and Declaration of Owen A. Kloter in support of default judgment, and the exhibits thereto, and there being no opposition thereto and for good cause shown;

　　IT IS on this 26th day of Jan., 2023;　　(Dkt 9)

　　**ORDERED** that Plaintiff's Application for Default Judgment against SMFB Labs, LLC is **GRANTED**; and it is further

　　**ORDERED** that Judgment shall be entered in the sum of $376,105.61 in favor of Plaintiff, Innovative Cosmetic Concepts, LLC, and against Defendant SMFB Labs, LLC, which sum includes the principal in the amount of $308,490.37, interest in the amount of $57,412.99, attorney's fees in the amount of $9,550.00, and costs and disbursements in the amount of $652.25,

together with such other and further relief as the Court shall deem just and proper under the facts and circumstances of this case; and it is further

**ORDERED** that the Court retain jurisdiction over any matter pertaining to this judgment.

**IT IS SO ORDERED.**

Dated: _____1/26/2023_____, 2022

_____
Hon. Kevin McNulty
United States District Judge (D.N.J.)

2